UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Timothy Beers

    v.                                                                                     Case No. 20-cv-968-LM

NH State Prison, Warden et al

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 20, 2021, and dismiss Claims 5, 6, 7 and 8 (as identified in the Report and Recommendation) of Beers's complaint (Doc. No. 1).

_____
Landya B. McCafferty
Chief Judge

Date: February 2, 2022

cc: Timothy Beers, pro se