UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Timothy Beers

   v.                                                  Civil No. 20-cv-968-LM

NH State Prison, Warden, et al.

O R D E R

After due consideration of the objection filed (doc. no. 39), I herewith approve the three Report and Recommendations of Magistrate Judge Andrea K. Johnstone (doc. nos. 29, 30 and 32) dated December 15, 2021.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: February 10, 2022

cc: Timothy Beers, pro se
     Counsel of Record