```
           UNITED STATES DISTRICT COURT
             DISTRICT OF NEW HAMPSHIRE
```

Timothy Beers

    v.                                      Case No. 20-cv-968-LM

NH State Prison, Warden, et al

                            ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 9, 2023. For the reasons explained therein, Beers's motions to amend (doc. nos. 51 and 61) are granted in part to add a claim against NP Sara LNU as part of Claim 1(b) and to add a supervisory liability claim against Dr. Groblewskil. Beers's motions to amend and for contempt (doc. nos. 53, 54, 55, and 60) are denied.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                _____
                                                Landya B. McCafferty
                                                Chief Judge

Date: February 27, 2023

cc:    Timothy Beers, pro se
       Counsel of Record