```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Timothy Beers

    v.                                                      Case No. 20-cv-968-LM

NH State Prison, Warden, et al


### ORDER

Having carefully considered the objection, the court approves the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 28, 2023.  For the reasons explained therein, Defendant Dr. Groblewski's Motion for Summary Judgment with Respect to PLRA Exhaustion" (Doc. No. 84) is granted in part and denied in part.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                                   _____
                                                                   Landya B. McCafferty
                                                                   Chief Judge

Date: February 8, 2024

cc:    Timothy Beers, pro se
       Counsel of Record