UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Timothy Beers

   v.

NH State Prison,
Warden, et al.

Case No. 20-cv-968-LM

ORDER

After due consideration of the objections filed (doc. nos. 91 and 98), and plaintiff's addenda titled "Motion: an added aff[i]davi[t] for the objection sent on 4-3-24" (doc. no. 99), I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 28, 2023. For the reasons explained therein, Defendant Dr. Groblewski's Motion for Summary Judgment with Respect to PLRA Exhaustion" (Doc. No. 84) is granted in part and denied in part.

   SO ORDERED.

_____
Landya B. McCafferty
Chief Judge

Date: August 8, 2024

cc:   Timothy Beers, pro se
      Counsel of Record