UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Timothy Beers

    v.                                  Case No. 20-cv-968-LM

N.H. State Prison Warden

ORDER

The court has before it three Report and Recommendations (R&Rs) of Magistrate Judge Andrea Johnstone (doc. nos. 145, 147 & 150). Plaintiff, Timothy Beers, filed objections to only two of the three Report and Recommendations (doc. nos. 152 & 153).

After due consideration of Beers's objections (doc. nos. 152 & 153), I approve the R&Rs of Magistrate Judge Andrea K. Johnstone dated August 14, 2025 (doc. nos. 145 & 147) With respect to Beers's motions for preliminary injunction (doc. nos. 115 & 119), the court dismisses those motions without prejudice to Beers's ability to file for similar relief, as appropriate, in the new case (#25-fp-307) that the court opened for him on June 16, 2025. See Doc. No. 150 at 7, n. 1 (explaining the dismissal without prejudice of those two motions).

No objection having been filed to the Report and Recommendation dated August 25, 2025 (doc. no. 150), I herewith approve the Report and Recommendation. "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not

preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

    SO ORDERED.

                                                  _____
                                                  Landya B. McCafferty
                                                  United States District Judge

Date: September 30, 2025

cc: Timothy Beers, pro se