```
              UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Timothy Beers

    v.                           Case No. 20-cv-968-LM-AJ

NH State Prison, Warden, et al


ORDER


After due consideration of the objection filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 2, 2026. For the reasons explained therein, Beers's motion (Doc. No. 162) is denied without prejudice.

_____
Landya B. McCafferty
United States District Judge

Date: April 23, 2026


cc:   Timothy Beers, pro se
      Counsel of Record